

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution (Medium)*

10960468

P.O. Box 1000
Butner, North Carolina 27509-1000

Date: January 10, 2005

To: U.S. Marshals Service
    Western District of Virginia

From: W. F. Dalius, Jr., Warden

RE: HOMER, David Matthew
    REG. NUMBER: 10421-084
    Docket NUMBER: 4:04CR70005-001

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 1 8 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

The period of study and observation concerning the above referenced individual has ended. The report is being forwarded to the United States District Court for the Western District of Virginia. He is now ready to be returned to your District for continuation of proceedings. Due to population pressures at FCI Butner at this time, we request that your Deputies expedite pick up and transport as soon as possible.

To ensure the safety of transporting Deputies and that of the inmate, it is requested that the Institution Records Office be contacted at FTS: 700-829-4424/4425 or commercial (919)575-4541, extension 4424/4425, during regular hours (0730-1600 EST Monday - Friday), but no later than 48 hours prior to the proposed day of pick up on this inmate. This will allow unit and medical staff sufficient time to prepare in-transit information and appropriate medications as needed.

Your cooperation is greatly appreciated. Please forward a copy of this message to the Clerk of Court ATTENTION: Criminal Docket Clerk.

FAX transmittal: One Page

TO: G. Wayne Pike, U.S. Marshal
    C/O Criminal Section (Inmate Movement)    FAX#   (540) 857-2032

From: Kenneth Adams                            FAX #: (919) 575-2023