CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 0 1 2005

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL ACTION |
| | ) NO. 4:04CR70005-001 |
| | ) |
| | ) ORDER |
| DAVID MATTHEW HOMER | ) |

This case came before the court on February 25, 2005, for a competency hearing to determine if the defendant is competent to stand trial.

For reasons stated in the record and in accordance with the Psychological Evaluation Report filed in this case, it is

ADJUDGED AND ORDERED as follows:

1) The court finds that the defendant is mentally competent to stand trial before this court on the charges now pending against him in this case.

2) The Clerk of the Court is directed to set this case for trial forthwith.

The Clerk of the Court shall forward a certified copy of this Order to all counsel of record and to the United States Probation Office and the United States Marshal.

ENTER: This 1st day of March, 2005.

SENIOR UNITED STATES DISTRICT JUDGE