IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 4:04CR70005 |
| | ) |
| DAVID MATTHEW HOMER | ) |

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the attached Motion be sealed.

1. The government states that the attached Motion contains sensitive information concerning the victims and juveniles in the captioned matter.

2. The government would request that the Motion be sealed until further Order of the Court.

Respectfully submitted,

DATED: April 19, 2005

JOHN L. BROWNLEE
United States Attorney

Craig J. Jacobsen
Assistant United States Attorney
CA #138346
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2252
FAX (540) 857-2614

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of April, 2005, filed the Motion to Seal with the Clerk of the Court and have mailed a copy of same to Mark Williams, Esq., Williams, Morrison, Light and Moreau, 317 Patton Street, Suite B, Danville, VA 24541-1213, counsel of record for the defendant.

_____
Craig J. Jacobsen
Assistant United States Attorney
CA Bar #138346