(Rev. 11/9/00)

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

APR 2 6 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

UNITED STATES OF AMERICA

V.  Criminal Action No. 4:04-CR-70005

DAVID MATTHEW HOMER

In the presence of ___Mark T. Williams___, my counsel, who has fully explained the charges contained in the indictment/~~information~~ against me, and having received a copy of the indictment/~~information~~ from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment/~~information~~ and ~~each count~~/count(s) _1-9_ (To) thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_____
Signature of Defendant

_4-26-05_
Date

_Mark T. Williams_
Witness